# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

MICHAEL STOLLER and
CHRISTOPHER STOLLER,

        Plaintiffs,

v.

WALWORTH COUNTY, VALERIE ETZEL, RANDY TIMMS, WILLIAM NOREM, TIM BRELLENTHIN, PAUL YVARRA, CHARLENE STAPLES, KATHY INGERSOLL, DAVID WEBER, DANIEL G. KILKENNY, SUSAN M. PRUESSING, KENNETH H. MONROE, NANCY RUSSELL, and JOHN DOE,

        Defendants.

Case No. 17-CV-1349-JPS

**JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that plaintiffs' complaint fails to state a claim for violation of RICO or conspiracy to violate RICO (Docket #1 at 19-27) and such federal law claims be and the same are hereby **DISMISSED**;

    **IT IS FURTHER ORDERED AND ADJUDGED** that the Court, pursuant to 28 U.S.C. § 1367(c)(3), declines to exercise supplemental jurisdiction over the state law claims raised in plaintiffs' complaint (Docket #1 at 27-39) and such state law claims be and the same are hereby **DISMISSED without prejudice**; and

**IT IS FURTHER ORDERED AND ADJUDGED** that this action be and the same is hereby **DISMISSED**.

APPROVED:

J.P. Stadtmueller
U.S. District Judge

STEPHEN C. DRIES
Clerk of Court

March 30, 2018         *s/ Jodi L. Malek*
Date                   By: Deputy Clerk